In the Matter of T. VINCENT QUINN, as District Attorney of Queens County, Appellant, against J. IRWIN SHAPIRO, as Magistrate of the City of New York, Respondent.

Argued October 10, 1955; decided October 20, 1955.

*T. Vincent Quinn, District Attorney (Benjamin J. Jacobson* of counsel), appellant in person.

*David Diamond* for Edward S. Silver, *District Attorney of Kings County, amicus curiæ,* in support of appellant's position.

*Jacob K. Javits, Attorney-General (Daniel M. Cohen* and *James O. Moore, Jr.,* of counsel), for respondent.

*Henry W. Schober* for Criminal Courts Bar Association of Queens County, Inc., *amicus curiæ,* in support of respondent's position.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.